| | **Duane Morris**® | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | RUDOLPH J. DI MASSA, JR. | MIAMI |
| SILICON VALLEY | OF COUNSEL | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 215 979 1506 | PITTSBURGH |
| LOS ANGELES | PERSONAL FAX: +1 215 689 2138 | NORTH JERSEY |
| BOSTON | *E-MAIL:* DiMassa@duanemorris.com | LAS VEGAS |
| HOUSTON | | SOUTH JERSEY |
| DALLAS | *www.duanemorris.com* | SYDNEY |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

July 30, 2025

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Zahn v. The Bolivarian Republic of Venezuela*
               **Civil Case No. 24-cv-09271-JPC**

Your Honor:

      We represent Plaintiff in the above-captioned matter. With the consent of defendant The Bolivarian Republic of Venezuela (the "Republic"), we respectfully write pursuant to Rule 3(B) of your Honor's Individual Rules and Practices to request a one-month extension of the parties' respective upcoming deadlines: (1) the August 1, 2025 deadline for Plaintiff to file any Amended Complaint; and (2) the August 15, 2025 deadline for Defendant to respond to the Complaint (D.E. 13). This is the parties' second request for an extension of these deadlines, and there are no upcoming deadlines or appearances before the Court.

      As a reminder, the Court previously extended the deadline to allow the parties to continue discussions regarding a possible amendment of the Complaint by consent, pursuant to Fed. R. Civ. P. 15(a)(2), with the goal of streamlining issues for the Court's consideration. This request is made due to the summer vacation schedules of certain counsel and clients on Plaintiff's side during the current period, as well as the parties' mutual interest in further discussing the scope of any proposed amendment.

DUANE MORRIS LLP

22 VANDERBILT                                                PHONE: +1 212 692 1000    FAX: +1 212 692 1020
335 MADISON AVENUE, 23RD FLOOR                                                                              DM1\16911959.2
NEW YORK, NY 10017-4669

Honorable John P. Cronan
July 30, 2025
Page 2

DuaneMorris

    We therefore respectfully request that Plaintiff's deadline to file any Amended Complaint be extended until September 2, 2025, and Defendant's deadline to respond to the Complaint be extended until September 16, 2025.

    We thank the Court for its consideration of this request.

Respectfully submitted,

| | |
|---|---|
| /s/ Rudolph J. Di Massa, Jr. | /s/ Marisa F. Antonelli |
| Rudolph J. Di Massa, Jr.<br>Anthony J. Constanti<br>Stephanie Lamerce<br>DUANE MORRIS, LLP<br>22 Vanderbilt<br>335 Madison Avenue<br>23rd Floor<br>New York, New York 10017<br>Telephone: (215) 979-1506<br>dimassa@duanemorris.com<br>ajcostantini@duanemorris.com<br>slamerce@duanemorris.com | Marisa F. Antonelli<br>Camilo Cardozo<br>Dora Georgescu<br>VINSON & ELKINS LLP<br>The Grace Building<br>1114 Avenue of the Americas<br>32nd Floor<br>New York, New York 10036<br>Telephone: (212) 237-0000<br>mantonelli@velaw.com<br>ccardozo@velaw.com<br>dgeorgescu@velaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant The Bolivarian Republic of Venezuela* |

The request is granted.  Any Amended Complaint shall be filed by September 2, 2025.  Defendant shall respond to the Complaint by September 16, 2025.  The Clerk of Court is respectfully directed to close Docket Number 14.

SO ORDERED.
Date: July 31, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

DM1\16911959.2