```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABINE ZAHN, *individually and on behalf of all others similarly situated*,

              Plaintiff,

-v-

THE BOLIVARIAN REPUBLIC OF VENEZUELA,

              Defendant.

ORDER

24-CV-9271 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' joint letter proposing a briefing schedule for Plaintiff's forthcoming motion for class certification. ECF No. 26. The proposal is **GRANTED,** and the parties shall adhere to the following schedule:

- Plaintiff's motion for class certification is due by **January 5, 2026**;
- Defendant's opposition brief is due by **March 4, 2026**; and
- Plaintiff's reply brief is due by **April 3, 2026**.

**SO ORDERED.**

Dated: October 17, 2025
      New York, New York

                                               _____
                                               Henry J. Ricardo
                                             United States Magistrate Judge