UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABINE ZAHN, *on behalf of herself and all others similarly situated,*

Plaintiff,

-v-

THE BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2025

**ORDER**

24-CV-9271 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' December 1, 2025 joint status letter. ECF No. 29. The Parties are directed to file a further joint letter providing a status update for this matter by **March 2, 2026.**

**SO ORDERED.**

Dated: December 2, 2025
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge