UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABINE ZAHN, individually and on behalf of all others similarly situated,

Plaintiff,

-v-

THE BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

24 Civ. 9271 (JPC) (HJR)

<u>ORDER</u>

JOHN P. CRONAN, United States District Judge:

Defendant shall file a letter by September 8, 2026 stating whether it opposes Plaintiff's Motion to Amend Complaint, Certify Class, Appoint Giovanni Todesco as Class Representative, and Appoint Duane Morris LLP as Class Counsel. If Defendant does oppose, then it shall confer with Plaintiff to propose a briefing schedule in its letter.

SO ORDERED.

Dated: August 31, 2026
New York, New York

JOHN P. CRONAN
United States District Judge