GreenbergTraurig

September 8, 2026

**VIA ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *Sabine Zahn v. The Bolivarian Republic of Venezuela,* No. 24 Civ. 9271 (JPC) (HJR)**

Dear Judge Cronan:

On behalf of defendant the Bolivarian Republic of Venezuela (the "Republic"), we respectfully submit this letter in response to the Court's August 31, 2026, Order (ECF 71) directing the Republic to advise whether it opposes Plaintiff's Motion to Amend Complaint, Certify Class, Appoint Giovanni Todesco as Class Representative, and Appoint Duane Morris LLP as Class Counsel and, if so, to confer with Plaintiff regarding a proposed briefing schedule. As we conveyed to Plaintiff's counsel, Defendant presently intends to oppose Plaintiff's motion.

Accordingly, the parties constructively met and conferred on September 2, 2026, and we are pleased to advise agreed to certain follow-up discovery together with a proposed briefing schedule for addressing the motion going forward. After additional discovery, including a deposition of Plaintiff who is expected to travel to the U.S. from abroad, the parties jointly propose the following briefing deadlines:

- Defendant shall file its opposition to Plaintiff's motion by October 30, 2026; and

- Plaintiff shall file its reply by November 20, 2026.

In the event of a material delay in completing the contemplated discovery, Defendant reserves its rights to seek relief as appropriate.

The parties respectfully request that the Court approve the proposed briefing schedule.

Respectfully submitted,
*/s/ Hal S. Shaftel*

cc: All counsel of record (via ECF)