USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABINE ZAHN, *on behalf of herself and all others similarly situated,*

Plaintiff,

-v-

THE BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

**ORDER**

24-CV-9271 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on November 17, 2026 to address Defendant's letter motion, ECF No. 79 (the Letter Motion"), seeking to compel document production. For the reasons stated on the record, the Letter Motion is **GRANTED IN PART and DENIED IN PART**. The parties shall adhere to the below directives.

## I. WHATSAPP MESSAGES

Defendant's motion to compel Plaintiff to produce messages from a WhatsApp investor group is **DENIED**.

## II. ENGAGEMENT AGREEMENT

Defendant's motion to compel Plaintiff to produce his engagement agreement is **GRANTED**. Plaintiff shall produce the engagement agreement to Defendant.

## III. MISCELLANEOUS DOCUMENTS

Regarding the inadvertently produced Excel screenshot, this document is work product and Defendant shall destroy or return any copies of this document.

Additionally, Plaintiff is directed to investigate further regarding the one page produced from an OFAC license to determine whether further production is warranted. Defendant's request that Plaintiff serve a sworn declaration pertaining to the discovery process is **DENIED**.

**SO ORDERED.**

Dated: November 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge